# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**PUTZMEISTER AMERICA INC,**
        Plaintiff,

v.                                                   Case No. 21-CV-356

**POMPACTION INC, et al.**
        Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 02/02/2023
Time Commenced: 9:45 a.m.           Concluded: 10:04 a.m.
Deputy Clerk: WS                     Court Reporter:

APPEARANCES:

Plaintiff: Mark F Foley  414-287-1404

Defendants: Joseph Newbold 414-291-4721

Nature of Conference: Telephonic Scheduling Conference

Notes:

- The court **GRANTS** the motion the motion for leave to file Second Amended Counterclaim at ECF no. 34.
- The court **GRANTS** the motion for protective order at ECF no. 39 but rules that Marc Petrescu may view AEO documents. The court will issue the protective order shortly.
- The parties agree on plaintiff's proposed schedule. The court approves the proposed schedule and will issue a scheduling order shortly.